Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@mallisonlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAIME MACHADO, on behalf of current and former employees and the State of California pursuant to the California Labor Code Private Attorney General Act<br><br>Plaintiff,<br><br>vs.<br><br>M.A.T. & SONS LANDSCAPE, INC., a California Corporation, MANUEL A. TRIGO, MARIA E. TRIGO, EDWARD TRIGO and JOSEPH TRIGO,<br><br>Defendants. | **Case No. 2:09 CV 00459 JAM-JFM**<br><br>**Plaintiffs' Response to this Court's December 21, 2010 Order to Show Cause Why This Case Should not Be Dismissed** |

The parties have entered into a complex settlement resolving all of the claims in this case as well as all of the claims in the related San Joaquin Superior Court case Mendoza et al. v. M.A.T. & Sons Landscape, Inc. et al (CV032292). The settlement has been approved by the San Joaquin Superior court and involves payment of wages to hundreds of employees including all claims by Mr. Machado. As part of the settlement, the parties have agreed to the dismissal all of Jaime Machado's claims in this case. The parties are working out the stipulated dismissal language and anticipate filing this dismissal today.

Plaintiff apologizes for the length of time it has taken to carry out this lengthy process.

Dated: January 7, 2011

MALLISON & MARTINEZ
1939 Harrison Street, Suite 730,
Oakland, CA 94612

By: _/s/_Stan S. Mallison_____