Stan S. Mallison (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, CA 94612
Telephone: (510) 832-9999
Facsimile: (510) 832-1101
stanm@mallisonlaw.com

Attorneys for Plaintiff

Sblend A. Sblendorio (SBN 109903)
HOGE, FENTON, JONES & APPEL
60 S. Market St. 14th Floor
San Jose, CA 95113
Telephone: (408) 287-9501
Facsimile: (408) 287-2583
sas@hogefenton.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAIME MACHADO, on behalf of current and former employees and the State of California pursuant to the California Labor Code Private Attorney General Act<br><br>Plaintiff,<br><br>vs.<br><br>M.A.T. & SONS LANDSCAPE, INC., a California Corporation, MANUEL A. TRIGO, MARIA E. TRIGO, EDWARD TRIGO and JOSEPH TRIGO,<br><br>Defendants. | **Case No. 2:09 CV 00459 JAM-JFM**<br><br>**STIPULATION TO DISMISS PLAINTIFF JAIME MACHADO'S CLAIMS WITH PREJUDICE; DISMISSAL OF PAGA CLAIMS WITHOUT PREJUDICE; ORDER** |

Based on their settlement of Jaime Machado's personal claims and the resolution of the related Private Attorney General Act action in San Joaquin County Superior Court, plaintiff Jaime Machado and Defendants Manuel A. Trigo, Maria E. Trigo, Edward Trigo, Joseph Trigo and M.A.T. & Sons Landscape Inc., hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that all of plaintiff Jaime Machado's individual claims be dismissed with prejudice, each side bearing its own costs and attorneys' fees except as laid out in the settlement agreement.

Dated: January 7, 2011

MALLISON & MARTINEZ
1939 Harrison Street, Suite 730,
Oakland, CA 94612

By: _/s/_Stan S. Mallison_____

Dated: January 7, 2011

HOGE, FENTON, JONES, & APPEL, INC.
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588

By: __/s/ Jeanine DeBacker________________

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the claims of plaintiff Jaime Machado are dismissed with prejudice each side bearing its own costs and attorneys' fees except as laid out in the settlement agreement.

Dated: January __, 2010.

_______________________________________

Judge John Mendez
United States District Judge