1  Stan S. Mallison (SBN 184191)
   Hector R. Martinez (SBN 206336)
2  Marco A. Palau (SBN 242340)
   MALLISON & MARTINEZ
3  1939 Harrison Street, Suite 730
   Oakland, CA 94612
4  Telephone:   (510) 832-9999
   Facsimile:    (510) 832-1101
5  stanm@mallisonlaw.com

6  Attorneys for Plaintiff

7

   Sblend A. Sblendorio (SBN 109903)
8  HOGE, FENTON, JONES & APPEL
   60 S. Market St. 14th Floor
9  San Jose, CA 95113
   Telephone:   (408) 287-9501
10 Facsimile:    (408) 287-2583
   sas@hogefenton.com
11
   Attorney for Defendants
12

13
                    UNITED STATES DISTRICT COURT
14
           EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
15

16                                              **Case No.  2:09 CV 00459 JAM-JFM**

17 JAIME MACHADO, on behalf of current and
   former employees and the State of California   **STIPULATION TO DISMISS PLAINTIFF**
18 pursuant to the California Labor Code Private  **JAIME MACHADO'S CLAIMS WITH**
   Attorney General Act                          **PREJUDICE; DISMISSAL OF PAGA**
19                                                **CLAIMS WITHOUT PREJUDICE; ORDER**

20          Plaintiff,

21      vs.

22

23 M.A.T. & SONS LANDSCAPE, INC., a
   California Corporation, MANUEL A. TRIGO,
24 MARIA E. TRIGO, EDWARD TRIGO and
   JOSEPH TRIGO,
25
            Defendants.
26

27

28

Stipulated Dismissal                              Case No. 2:09 CV 00459 JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Based on their settlement of Jaime Machado's personal claims and the resolution of the related Private Attorney General Act action in San Joaquin County Superior Court, plaintiff Jaime Machado and Defendants Manuel A. Trigo, Maria E. Trigo, Edward Trigo, Joseph Trigo and M.A.T. & Sons Landscape Inc., hereby stipulate pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, that all of plaintiff Jaime Machado's individual claims be dismissed with prejudice, each side bearing its own costs and attorneys' fees except as laid out in the settlement agreement.

Dated: January 7, 2011

MALLISON & MARTINEZ
1939 Harrison Street, Suite 730,
Oakland, CA 94612

By:   /s/  Stan S. Mallison

Dated: January 7, 2011

HOGE, FENTON, JONES, & APPEL, INC.
4309 Hacienda Drive, Suite 350
Pleasanton, CA 94588

By:   /s/  Jeanine DeBacker

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the claims of plaintiff Jaime Machado are dismissed with prejudice each side bearing its own costs and attorneys' fees except as laid out in the settlement agreement.

Dated: January 7, 2011.

/s/ John A. Mendez

Judge John Mendez
United States District Judge

- 2 -

Stipulated Dismissal                                Case No. 2:09 CV 00459 JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com